UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No.: 14-13710 |
| | ) Chapter 13 |
| Krystyna Drozdzynska, | ) Plan filed on April 21, 2014 |
| | ) Confirmation Hearing: May 30, 2014 at 10:00 a.m. |
| Debtor(s). | ) Honorable Donald R. Cassling |

## OBJECTION TO CONFIRMATION OF PLAN

NOW COMES PNC Bank, National Association, by and through its attorneys, Heavner, Scott, Beyers & Mihlar, LLC, and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on April 21, 2014 and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois.

2. Debtor(s) filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on April 14, 2014.

3. Enforcement of this security interest has been stayed automatically by operation 11 U.S.C. Section 362 of the Bankruptcy Code.

4. Said creditor is a mortgage holder or servicer on the property commonly known as 111 Florina Ct., Wooddale, IL 60191.

5. The Chapter 13 plan herein proposed that Debtor(s) cure the pre-petition arrearage claim through the Chapter 13 Trustee while maintaining current, post-petition mortgage payments.

6. The Debtor's plan proposes a monthly payment of $500.00 for 36 months to the Standing Trustee for the benefit of creditors.

7. Creditor filed a Proof of Claim in the instant case totaling $343,473.27 and listing a pre-petition arrearage of $6,091.55.

8. The Debtor has used a version of the District's model plan for her Chapter 13 plan and said model contains language negatively impacting the creditor.

9. That in Section E(5), the plan does not provide for the mortgage arrears to be paid to Creditor, PNC Bank, National Association.

10. That if the plan is administered as written rather than as intended, Creditor would receive substantially less than its allowed, secured Proof of Claim, in contravention of the provisions of the bankruptcy code.

11. Sufficient grounds exist for denial of confirmation of Debtor's plan:

a.     Fails to cure Creditor's pre-petition arrearage claim amount in full.

WHEREFORE, this Creditor, PNC Bank, National Association, and/or its assigns, requests the Court enter an Order denying confirmation of the Debtor's Chapter 13 plan.

Dated this 29th day of May, 2014

PNC Bank, National Association,

By /s/ Heather M. Giannino
One of Its Attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
111 East Main Street
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719