IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(CHICAGO)

| | |
|---|---|
| IN RE | ) Bankruptcy No. 14-13710-DRC |
| | ) |
| KRYSTYNA DROZDZYNSKA, | ) Chapter 13 |
| | ) |
| Debtor, | ) |
| | ) |
| | ) Related To Doc. No. 25 |
| PNC BANK, NATIONAL ASSOCIATION, | ) |
| successor by merger to National City Bank, | ) |
| successor by merger to MidAmerica Bank Fsb, | ) |
| | ) |
| Movant, | ) |
| v. | ) |
| | ) |
| KRYSTYNA DROZDZYNSKA, | ) |
| | ) |
| Respondent, | ) |

## OBJECTION OF PNC BANK TO THE DEBTOR'S CHAPTER 13 PLAN

PNC Bank, National Association, successor by merger to National City Bank, successor by merger to MidAmerica Bank Fsb, ("PNC Bank"), by and through its undersigned counsel, files this Objection to the Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

### BACKGROUND

1. Krystyna Drozdzynska (the "Debtor") is an adult individual who resides at 111 Florina Court, Wooddale, IL 60191.

2. The Debtor filed for protection under Chapter 13 of Title 11 of the United States Code on April 14, 2014 (the "Petition Date").

3. On April 21, the Debtor filed a Chapter 13 Plan (the "Plan").

4. The Debtor's Chapter 13 case was dismissed on May 30, 2014.

5. The Debtor's Chapter 13 case was reinstated on July 27, 2014.

6. Prior to the Petition Date, the Debtor was obligated to PNC Bank pursuant to a Home Equity Line of Credit Agreement and Promissory Note dated March 22, 2007 (the "Note"). A true and correct copy of the Note is attached as Exhibit "A".

7. The Note is secured by a Mortgage on the Debtor's real property located at 111 Florina Court, Wooddale, IL 60191. (the "Mortgaged Premises") that was recorded on April 12, 2007 with the Dupage County Recorder at Pages R2007-067561 (the "Mortgage). A true and correct copy of the Mortgage is attached as Exhibit "B".

8. As of September 4, 2014, the total payoff for the Note is $159,696.14.

9. In the Schedules, the Debtor values the Mortgaged Premises at $306,200.

10. PNC Mortgage has a first lien mortgage on the Mortgaged Premises in the amount of $343,473.27 as evidenced by its proof of claim filed on May 28, 2014 at claim no. 1-1.

## OBJECTION TO PLAN

11. The Plan proposes to reclassify PNC Bank's secured Proof of Claim as an unsecured claim, as opposed to treating PNC Bank's Proof of Claim as a secured claim.

12. PNC Bank objects to the Plan as it seeks to modify the rights of PNC Bank as a creditor whose claim is secured *only* by a security interest in real property that is the Debtor's primary residence in direct contravention of 11 U.S.C. § 1322.

13. PNC Bank believes and avers that the Mortgaged Premises has a value of at least $365,000 based on a recent valuation of the Mortgaged Premises performed on behalf of PNC Bank (the "Valuation"). A true and correct copy of the Valuation is attached as Exhibit "C".

14. Additionally, PNC Bank would like time to obtain its own interior appraisal of the Mortgaged Premises.

15. Accordingly, the lien of PNC Bank is not subject to modification in accordance with 11 U.S.C. § 1322 and is secured.

16. PNC Bank is entitled to its contractual monthly payments in addition to the payment of its arrears in full as a condition to the cure and reinstatement of the Mortgage.

17. By reason of the foregoing, PNC Bank objects to the confirmation of the Debtor's Chapter 13 Plan.

WHEREFORE, PNC Bank, prays that this Honorable Court enter an Order denying confirmation of the Debtor's Chapter 13 Plan and grant PNC Bank such further relief as it deems just and proper.

Dated: September ___, 2014

Respectfully submitted,

Shannon K. Cummings
*Counsel to PNC Bank, National Association*

BANK_FIN:489326

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(CHICAGO)

| | |
|---|---|
| IN RE | ) Bankruptcy No. 14-13710-DRC |
| | ) |
| KRYSTYNA DROZDZYNSKA, | ) Chapter 13 |
| | ) |
| Debtor, | ) |
| | ) Related To Doc. No. 25 |
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to National City Bank, successor by merger to MidAmerica Bank Fsb, | ) |
| Movant, | ) |
| v. | ) |
| KRYSTYNA DROZDZYNSKA, | ) |
| Respondent, | ) |

## CERTIFICATE OF SERVICE

I certify that I served or caused to be served a copy of the Objection of PNC Bank to the Debtor's Chapter 13 Plan upon the following individuals in the manner provided:

**Via First Class Mail on September 5, 2014**

Krystna Drozdzynski
111 Florina Court
Wooddale, Il 60191

Alan M Jacob, Esq.
AMJ Legal Services
10024 Skokie Boulevard
Suite 243
Skokie, IL 60076
(847)852-0021
Email: alanmjacob@hotmail.com

Nicholas C Kefalos, Esq.
Vernor Moran LLC
27 North Wacker Drive Suite 2000
Chicago, IL 60606-2800
312 264-4460
Fax : 312 264-4461
Email: nkefalos@vernormoran.com

5

BANK_FIN:489326

Glenn B Stearns, Esq.
801 Warrenville Road
Suite 650
Lisle, IL 60532
630-981-3888

Patrick S. Layng. Esq.
Office of the U.S. Trustee, Region 11
219 s. Dearborn Street, Room 873
Chicago, Illinois 60604

Dated: September 5, 2014

Respectfully submitted,

Shannon K. Cummings
*Counsel to PNC Bank, National Association*

6

BANK_FIN:489326

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## (CHICAGO)

| | |
|---|---|
| IN RE | ) Bankruptcy No. 14-13710-DRC |
| | ) |
| KRYSTYNA DROZDZYNSKA, | ) Chapter 13 |
| | ) |
| Debtor, | ) |
| | ) Related To Doc. No. 25 |
| PNC BANK, NATIONAL ASSOCIATION, successor by merger to National City Bank, successor by merger to MidAmerica Bank Fsb, | ) |
| Movant, | ) |
| v. | ) |
| KRYSTYNA DROZDZYNSKA, | ) |
| Respondent, | ) |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2014, upon consideration of the Debtor's Chapter 13 Plan and the Objection filed thereto by PNC Bank, the Court hereby ORDERS, ADJUDGES and DECREES that the Objection is **SUSTAINED** and confirmation of the Debtor's Chapter 13 Plan is **DENIED**.

HONORABLE DONALD R. CASSLING
United States Bankruptcy Court

BANK_FIN:489326