IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(CHICAGO)

| | |
|---|---|
| IN RE ) | Bankruptcy No. 14-13710-DRC |
| ) | |
| KRYSTYNA DROZDZYNSKA, ) | Chapter 13 |
| ) | |
| Debtor, ) | |
| ) | Related To Doc. No. 25 |
| PNC BANK, NATIONAL ASSOCIATION, ) | |
| successor by merger to National City Bank, ) | |
| successor by merger to MidAmerica Bank ) | |
| Fsb, ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| KRYSTYNA DROZDZYNSKA, ) | |
| ) | |
| Respondent, ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2014, upon consideration of the Debtor's Chapter 13 Plan and the Objection filed thereto by PNC Bank, the Court hereby ORDERS, ADJUDGES and DECREES that the Objection is **SUSTAINED** and confirmation of the Debtor's Chapter 13 Plan is **DENIED**.

HONORABLE DONALD R. CASSLING
United States Bankruptcy Court

BANK_FIN:489326