**In the United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| In re: | ) | Case 14-13710 |
| Krystyna Drozdzynska, | ) | Chapter 13 |
| Debtor(s). | ) | Judge Donald R. Cassling |

**Notice of Withdrawal**

The following parties have been served electronically:
- U.S. Trustee
- Chapter 13 Trustee
- PNC Bank

Please take notice the Debtors hereby withdraw their Objection to Claim 2, docket entry 70.

/s/   Charles H. Shepard, Jr.
Charles H. Shepard, Jr., A.R.D.C. #6297615
Attorney for the Debtor(s)

**Certificate of Service**

The undersigned certifies that copies of this Notice and attachments were served to the persons or entities indicated above in the manner indicated, via the Bankruptcy Court Clerk's electronic notice procedure.

/s/   Charles H. Shepard, Jr.
Charles H. Shepard, Jr., A.R.D.C. #6297615
Attorney for the Debtor(s)

Vernor Moran, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460