UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | | |
|---|---|---|---|
| In Re: | ) | BK No.: | 14-13710 |
| Krystyna Drozdzynska | ) | | |
| | ) | Chapter: | 13 |
| | ) | Honorable Donald R. Cassling | |
| | ) | | |
| | ) | Kane | |
| Debtor(s) | ) | | |

**Order Confirming Plan**

This matter coming before the Court on Debtor's Motion, the Court having jurisdiction over the parties and subject matter, due notice having been given,

IT IS ORDERED:

Debtor's proposed Chapter 13 plan, dated 12/16/2014, docket entry #86, is confirmed.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: January 16, 2015

**Prepared by:**

Charles H. Shepard, Jr., ARDC 6297615
Attorney for Debtor(s)
Vernor Moran, LLC
27 N Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460