### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  Krystna Drozdzynski )          Case no. 14-13710
                           )
                           )          Chapter 13
                           )
                  Debtor   )          Judge:  Donald R. Cassling
                           )

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

Krystna Drozdzynski                          Vernor Moran Llc
111 Florina Court                            27 N Wacker Dr #2000
Wooddale, IL  60191                          Chicago, IL 60606-2800

Please take notice that on Friday, March 27, 2015 at  9:15 am, a representative of this office shall appear before the Honorable Judge Donald R. Cassling at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Thursday, March 12, 2015.

/s/ Carrie ODonnell
_____

For:  Glenn Stearns, Trustee

---

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on April 14, 2014.
2. The debtor plan was confirmed on January 16, 2015.

A Summary of the debtor plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $240.00 | Last Payment Received: | November 18, 2014 |
| Amount Paid: | $3,500.00 | Amount Delinquent: | $980.00 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

/s/  Carolyn A. Suzzi
_____

For:  Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888