Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 14−13710
Chapter: 13
Judge: Donald R Cassling

In Re:
   Krystna Drozdzynski
   aka Krystyna Drozdzynska
   111 Florina Court
   Wooddale, il 60191

Social Security / Individual Taxpayer ID No.:
   xxx−xx−7311

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on March 27, 2015

FOR THE COURT

Dated: March 27, 2015              Jeffrey P. Allsteadt , Clerk
                                   United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 14-13710-DRC
Krystna Drozdzynski                                                     Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1         User: dpruitt            Page 1 of 1           Date Rcvd: Mar 27, 2015
                             Form ID: ntcdsm          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2015.
db          +Krystna Drozdzynski,    111 Florina Court,    Wooddale, il 60191-1350
21810543    +Mid Amer Fsi,    1001 S Washington St,    Naperville, IL 60540-7400
22368071    +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
22377479    +PNC Bank  N A,    C/O National City Bank,    165 Bishops Way Suite 100,
              Brookfield , WI 53005-6215
22369144    +PNC Bank, N.A.,    c/o Blommer Peterman, S.C.,    165 Bishops Way, Suite 100,
              Brookfield, WI 53005-6215
21810534    +PNC Bank, N.a.,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
21810535    +PNC Mortgage,    6 N Main St,    Dayton, OH 45402-1908
21810544    +Pnc Mortgage,    A Division of PNC Bk, N.A.,    3232 Newark Dt,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21810536     EDI: BANKAMER.COM Mar 28 2015 01:19:00      Bank of America,    Po Box 982235,
              El Paso, TX 79998
21810537    +EDI: CHASE.COM Mar 28 2015 01:19:00      Chase Mht Bk,    Attn: Bankruptcy Dept,   PO Box 15298,
              Wilminigton, DE 19850-5298
21810538    +EDI: SEARS.COM Mar 28 2015 01:19:00      Citibank/Sears,    Citicard Credit Srvs/Centrailzed,
              Bankrup,   Po box 20363,    Kansas City, MO 64195-0363
21810539    +EDI: WFNNB.COM Mar 28 2015 01:19:00      Comenity Bank/Carsons,    PO Box 182789,
              Columbus, OH 43218-2789
21810540    +EDI: DISCOVER.COM Mar 28 2015 01:19:00      Discover Fin Svsc LlC,    Po box 15316,
              Wilmington, DE 19850-5316
21810541    +EDI: RMSC.COM Mar 28 2015 01:19:00      Gecrb/tjx Cos,    PO Box 965005,    Orlando, FL 32896-5005
21810542     EDI: CBSKOHLS.COM Mar 28 2015 01:19:00      Kohls/chase,    N56 W 1700 Ridgewood Dr,
              Menomonee Falls, WI 53051
21810545    +E-mail/Text: mtg.bankruptcy@regions.com Mar 28 2015 01:38:56      Regions Mortgage Bankruptcy,
              PO Box 18001,    Hattiesburg, MS 39404-8001
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2015 at the address(es) listed below:
              Alan M Jacob    on behalf of Debtor Krystna  Drozdzynski alanmjacob@hotmail.com
              Charles H Shepard    on behalf of Debtor Krystna  Drozdzynski cshepard@vernormoran.com,
               cshepard@ymail.com,G11445@notify.cincompass.com
              Glenn B Stearns    mcguckin_m@lisle13.com
              Heather M Giannino    on behalf of Creditor    PNC Bank, National Association
               bankruptcy@hsbattys.com,  bankruptcy@hsbattys.com
              Nicholas C Kefalos    on behalf of Debtor Krystna  Drozdzynski nkefalos@vernormoran.com,
               G4641@notify.cincompass.com;cshepard@vernormoran.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shannon Cummings    on behalf of Creditor    PNC Bank, National Association
               shannon@blommerpeterman.com
              Stephen  Smith    on behalf of Creditor    PNC Bank, National Association
               stephen@blommerpeterman.com
                                                                                              TOTAL: 8